# In the United States Court of Federal Claims

No. 18-921C
(Filed: February 22, 2019)

**CB&I AREVA MOX SERVICES, LLC**

    **Plaintiff**

**v**

**THE UNITED STATES**

    **Defendant**

**SUPPLEMENTAL JUDGMENT**

Pursuant to the court's Order, filed in Case No. 18-921C on February 21, 2019,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States, an additional $30,186.30 in interest.

Lisa L. Reyes
Clerk of Court

s/ Anthony Curry

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.